UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ARTHUR LEE GATES, JR., )
)
        Plaintiff, )
)
vs. ) 2:11-cv-280-JMS-DKL
)
INDIANA DEPT. OF CORRECTIONS, )
et al., )
)
        Defendants. )

# E N T R Y

## I.

The plaintiff=s request to proceed *in forma pauperis* [2] is **denied** because the plaintiff is not entitled to that status. The specific circumstance requiring this ruling is that the plaintiff has acquired three or more Astrikes@ through having litigation to which he was a party in a federal court dismissed for failure to state a claim upon which relief could be granted or as frivolous. Therefore, he is not entitled to proceed *in forma pauperis*, unless the exception under 28 U.S.C. ' 1915(g), that he Ais under imminent danger of serious physical injury,@ applies. Those circumstances are not presented by his claim in this case.

In *Evans v. Illinois Department of Corrections,* 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the 3-strikes determination. For plaintiff Gates= reference, the cases on which the court relies in finding three or more Astrikes@ were each filed in the United States District Court for the Southern District of Indiana, and consist of the following:

| | |
|---|---|
| EV 92-73-C | Dismissed as legally frivolous |
| EV 90-71-C | Dismissed as legally frivolous |
| EV 93-31-C | Dismissed as legally frivolous |
| TH 96-88-C | Dismissed as legally frivolous |
| EV93-008-C | Dismissed as legally frivolous |

These prior "strikes" were brought to Mr. Gates' attention in the Entry issued on December 13, 2007, in No. 3:07-cv-178-SEB-WGH.

**II.**

The plaintiff shall have **through November 15, 2011,** in which to pay the $350.00 filing fee for this action.

**IT IS SO ORDERED.**

Date: 10/24/2011

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Arthur Lee Gates Jr.
DOC # 174757
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 500
Carlisle, IN 47838